### EDGAR WILLMON V. THE STATE.

No. 19661.   Delivered April 27, 1938.

The opinion states the case.

*Tom Davis,* of Haskell, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of fifty dollars and confinement in the county jail for a period of five days.

The record is before us without bills of exception or statement of facts. The appellant entered a plea of guilty to the offense charged and waived a jury upon the trial.

No error has been perceived or pointed out which would authorize a reversal of the conviction.

The judgment is affirmed.